# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STEADMAN NILSEN,<br><br>   Petitioner,<br><br>  v.<br><br>MATTHEW CATE, Secretary, et al.,<br><br>   Respondents. | NO. SA CV 11-1424 VBF (FMO)<br><br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: July 19, 2012.

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE